SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Martha Federiw,         Plaintiff,

- against -

New York Convention     Defendant.
Center Operating
Corporation and Carl Zeiss Vision, Inc.,

07 cv 7446 (HB)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Stavros E. Sitinas, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Peter A. Greiner, Esq.
Firm Name:          Meyerson & O'Neill
Address:            1700 Market Street, Suite 3025
City/State/Zip:     Philadelphia, PA 19103
Phone Number:       (215) 972-1376
Fax Number:         (215) 972-0277

Peter A. Greiner, Esq.     is a member in good standing of the Bar of the States of Pennsylvania, New Jersey and the U.S. District Court for the Eastern District of Pennsylvania (See

There are no pending disciplinary proceeding against Peter A. Greiner, Esq. in any State or Federal court.

Dated: August 23, 2007
City, State: New York, New York

Respectfully submitted,

Sponsor's       Stavros E. Sitinas
SDNY Bar        SS (8960)
Firm Name:      Wingate, Russotti & Shapiro, LLP
Address:        420 Lexington Avenue, Suite 2750
City/State/Zip: NEW York, NY  10170
Phone Number:   (212) 986-7353
Fax Number:     (212) 953-4308

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARTHA FEDORIW,

                                               Plaintiff(s),

-against-

NEW YORK CONVENTION CENTER OPERATING
CORPORATION and CARL ZEISS VISION, INC.,

                                               Defendant(s).
-------------------------------------------------------------------X

7 CV 7446 (HB)

AFFIDAVIT OF STAVROS
E. SITINAS IN SUPPORT
OF MOTION TO ADMIT
COUNSEL PRO HAC VICE

      STAVROS E. SITINAS, being duly sworn, hereby deposes and says as follows:

      1.     I am of counsel at Wingate, Russotti & Shapiro, LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Peter A. Greiner, Esq., as counsel pro hac vice to represent Plaintiff in this matter.

      2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 24, 1977. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

      3.     I have known Peter A. Greiner since 2007.

      4.     Mr. Greiner is Of Counsel at Meyerson & O'Neill in Philadelphia, Pennsylvania.

      5.     I have found Mr. Greiner to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

      6.     Accordingly, I am pleased to move the admission of Peter Greiner, Esq. pro hac vice.

      7.     I respectfully submit a proposed order granting the admission of Peter Greiner, Esq., pro hac vice, which is attached hereto as Exhibit A.

      WHEREFORE it is respectfully requested that the motion to admit Peter Greiner, Esq., pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: August 23, 2007
      New York, NY

Notarized:

                                            Respectfully submitted,

                                            Stavros E. Sitinas (SS 8960)



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Peter Andrew Greiner, Esq.*

#### DATE OF ADMISSION

*October 21, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 21, 2007

*[signature]*

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **PETER ANDREW GREINER** (No. **002792007**) was constituted and appointed an Attorney at Law of New Jersey on **June 28, 2007** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **15TH** day of **August**, 20 **07**

*Clerk of the Supreme Court*

-453a-

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA  }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Peter A. Greiner , Bar # 81957, was duly admitted to practice in said Court on April 27, 2006, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                                  Clerk of Court

on August 10, 2007.                                  BY _____
                                                        Aida Ayala,     Deputy Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Martha Federiw,                       Plaintiff,

                                                          7   cv   7446   ( HB )

    - against -
                                Defendant.        **ORDER FOR ADMISSION**
New York Convention Center                              **PRO HAC VICE**
Operating Corporation and Carl Zeiss Vision, Inc.,  **ON WRITTEN MOTION**

Upon the motion of  Stavros E. Sitinas,   attorney for   Plaintiff Martha Fedoriw

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Peter A. Greiner, Esq. |
| Firm Name: | Meyerson & O'Neill |
| Address: | 1700 Market Street, Suite 3025 |
| City/State/Zip: | Philadelphia, PA  19103 |
| Telephone/Fax: | (215) 972-1376 |
| Email Address: | (215) 972-0277 |

is admitted to practice pro hac vice as counsel for   Plaintiff Martha Fedoriw   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, New York


                                        _____
                                        United States District/Magistrate Judge

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ss.
COUNTY OF NEW YORK   )

Kathleen Bartolotti, being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age and resides within the State of New Jersey.

On August 24, 2007, deponent served the within MOTION TO ADMIT COUNSEL PRO HAC VICE upon

MARTHA FEDORIW
4134 Cambridge Court
Schneckville, PA 18078

NEW YORK CONVENTION CENTER OPERATING CORPORATION
655 West 34th Street
New York, NY 10001

CARL ZEISS VISION, INC.
13017 North Kingston Avenue
Chester, VA 23836

PETER A. GREINER, ESQ.
MEYERSON & O'NEILL
1700 Market Street - Suite 3025
Philadelphia, PA 19103

at the address designated by said attorneys for that purpose by depositing a true copy of same, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the united States Postal Service within the State of New York.

_____
Kathleen Bartolotti

Sworn to before me on
August 24, 2007
_____
Notary Public

Kenneth J. Halperin
Notary Public, State of New York
No. 02HA6161475
Qualified in Nassau County
Commission Expires February 26, 20__