```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Martha Federiw,                    Plaintiff,

                                                    7  cv 7446    (HB )

         - against -
                                   Defendant.       **ORDER FOR ADMISSION**
New York Convention Center                          **PRO HAC VICE**
Operating Corporation and Carl Zeiss Vision, Inc., **ON WRITTEN MOTION**

Upon the motion of  Stavros E. Sitinas,     attorney for  Plaintiff Martha Fedoriw

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

|                   |                                  |
|-------------------|----------------------------------|
| Applicant's Name: | Peter A. Greiner, Esq.           |
| Firm Name:        | Meyerson & O'Neill               |
| Address:          | 1700 Market Street, Suite 3025   |
| City/State/Zip:   | Philadelphia, PA  19103          |
| Telephone/Fax:    | (215) 972-1376                   |
| Email Address:    | (215) 972-0277                   |

is admitted to practice pro hac vice as counsel for  Plaintiff Martha Fedoriw  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Application for Pro Hac Vice GRANTED. The Clerk is Instructed to close this motion.

Dated:
City, State:  New York, New York

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
United States District/Magistrate Judge
Date: 9/7/07