# THE LAW OFFICES OF EDWARD GARFINKEL
ATTORNEYS AT LAW
110 WILLIAM STREET
NEW YORK, NEW YORK 10038-3901
(212) 809-8000
TELECOPIER (212) 344-8263

EDWARD GARFINKEL

HELENE TEPER
ANDREW M. BERNSTEIN
DAVID PERSKY
STEVEN A. ADLER
ELIZABETH A. GRIFFIN
LOWELL BURTON
STEVEN J. HARKAVY
PAUL J. TERRANOVA
HEIDI M. WEISS
KEVIN BARRY McHUGH
JEANNE A. CYGAN
BARRY R. TEMKIN
MITCHELL E. PAK
MICHAEL J. PEARSALL
GREGORY P. LEWIS

LEON R. KOWALSKI
LAWRENCE KLSTEIN
BARRY N. GREENBERG
EVELINA LUBANSKY
MARC SILVERSTEIN
CLARE M LUSSNER
CHRISTOPHER MURRAY
LEONORA BLOOM
ROBERT M. NEWELL
BRIAN L. GORDON
VICTOR N. DEGEORGE
SHAWN CESTINO
CHRISTOPHER KOLB
JOSEPH HOROWITZ

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

September 24, 2007

<u>VIA FACSIMILE 212-805-7901</u>
Honorable Harold Baer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: Martha Fedoriw v New York Convention Center Operating Corp.
      Docket No.: 07 CV 7446

Dear Judge Baer:

  The undersigned was retained to represent defendant, New York Convention Center Operating Corp., in the above captioned matter and respectfully requests an extension to appear, answer or file a pre-answer motion in this case.

  New York Convention Center's answer is due on September 26, 2007. It is respectfully requested that the deadline to appear be extended to October 15, 2007. This is the first request for an extension in this matter. Peter Greiner, Esq. counsel for plaintiff from the firm of Meyerson & O'Neill has consented to the extension. A Stipulation is enclosed and it is requested that the Stipulation be 'So Ordered".

  Attached to this request is a current copy of the docket report for this case.

  Thank you for your consideration in this matter.

              Respectfully submitted,

              Law Offices of Edward Garfinkel

            By: _____
              Heidi M. Weiss (7014)

cc: Peter Greiner, Esq. (Via Facsimile 215-972-0277)
   Counsel for Plaintiff

UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARTHA FEDORIW,

                        Plaintiffs,

      -against-

NEW YORK CONVENTION CENTER OPERATING
CORPORATION and CARL ZEISS VISION, INC.,

                      Defendants.
-----------------------------------------------------------X

**STIPULATION TO EXTEND TIME TO ANSWER**

Docket No.: 07 CIV 7446 (HB)

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigneds that Defendant NEW YORK CONVENTION CENTER OPERATING CORPORATION'S time to answer, appear or make any motion with relation to the above-captioned matter is extended, up to and including October 15, 2007.

DATED:    New York, New York
               September 24, 2007

The Law Offices of Edward Garfinkel
Attorneys for Defendant
New York Convention Center Operating
Corporation

By: _____
      Heidi M. Weiss (HMW 7014)
110 William Street, 17th Floor
New York, New York 10038

Meyerson & O'Neill.
Attorneys for Plaintiff
Martha Fedoriw

By: _____
      Peter A. Greiner, Esq. (   )
1700 Market Street  Suite 3025
Philadelphia, PA 191803

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.

10/2/07