UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARTHA FEDORIW,

                              Plaintiffs,          **RULE 7.1 DISCLOSURE**

         -against-

                                             Docket No.: 07 CIV 7446 (HB)

NEW YORK CONVENTION CENTER OPERATING
CORPORATION and CARL ZEISS VISION, INC.,

                              Defendants.
-----------------------------------------------------------------X

       Pursuant to the Rule 7.1 (Formerly Local General Rule 1.9) of the Local Rules of the US District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for NEW YORK CONVENTION CENTER OPERATING CORPORATION (a public benefit corporation) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

                                            **NONE**

Dated:  New York, New York
           October 9, 2007

                                             Yours etc.,
                                             The Law Offices of Edward Garfinkel
                                             Attorneys for Defendant,
                                             NEW YORK CONVENTION CENTER
                                             OPERATING CORPORATION

                                             By: _____
                                                 Heidi M. Weiss (HMW-7014)
                                             110 William Street
                                             New York, New York 10038-3901
                                             (212) 809-8000
                                             Our File # NYNY 26851

TO:
Peter A. Greiner, Esq.
Meyerson & O'Neill
Attorneys for Plaintiff
1700 Market Street   Suite 3025
Philadelphia, PA 19103

Stavros E. Sitinas, Esq.

Wingate, Russotti & Shapiro, LLP
Attorneys for Plaintiff
420 Lexington Avenue  Suite 2750
New York, New York 10170