**Affidavit of Service**
**United States District Court**
**Southern District of New York**
Case Number: 07 CIV 7446

Martha Fedoriw
Plaintiff

vs.                                                                              Court Date

New York Convention Center Operating Corporation, et al
Defendant

The undersigned being duly sworn, states:
I am over the age of 18 years and not a party to the above named entitled action.

**I MADE SERVICE OF:** Summons in a Civil Action and Complaint

**SERVICE ON:** Carl Zeiss Vision, Inc.,

**ADDRESS:** 13017 North Kingston Avenue, Chester, VA

**DATE SERVED:** September 10, 2007   **TIME SERVED:** 10:00 AM

**(xx)** DELIVERED TO PERSON FOUND IN CHARGE OF USUAL PLACE OF BUSINESS OR EMPLOYMENT DURING BUSINESS HOURS AND GIVING INFORMATION OF ITS PURPORT.

Ms. Dale Henshaw, Found in Charge, Compliance Department

*Comments pertaining to this service:*
Description of Person Accepting Service:
Age: 45,  Sex: F,  Race: White,  Height: 5'8",  Weight: 180,  Hair: Brn.,  Eyes: Grn.
Dale Henshaw is not in the Military

_____   Date: September 11, 2007
D.M. Hester Sr., Private Process Server
Dennis Richman's Services for the Professional, Inc.
1500 J.F.K. Boulevard, Suite 1706
Philadelphia, VA 19102
Bus: (215) 977-9393
**Job #: 24481**

COMMONWEALTH OF VIRGINIA
COUNTY OF CHESTERFIELD
Subscribed and sworn to/affirmed before me this day by
D.M. Hester Sr. who is personally known to me.

_____
Donna F. Hester, NOTARY PUBLIC
Registration No. #237445
My commission expires November 30, 2008