AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

MARTHA FEDORIW

V.

NEW YORK CONVENTION CENTER
OPERATING CORPORATION and CARL ZEISS
VISION, INC.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CIV 7446

JUDGE BAER

TO: (Name and address of Defendant)

NEW YORK CONVENTION CENTER OPERATING CORPORATION
655 West 34th Street, New York, NY, 10001

CARL ZEISS VISION, INC.
13017 North Kingston Avenue, Chester, VA, 23836

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STAVROS E. SITINAS, ESQ.
WINGATE, RUSSOTTI & SHAPIRO, LLP
420 Lexington Avenue, Suite 2750, NY, NY, 10170

PETER A. GREINER, ESQ.
MEYERSON & O'NEILL
1700 Market Street, Suite 3025, Philadelphia, PA, 19103

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  AUG 2 2 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me<sup>(1)</sup>  
DATE: 9/5/07 @ 2:30 P.M.

NAME OF SERVER (PRINT): HECTOR FIGUEROA  
TITLE: PROCESS SERVER

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: New York Convention Center Operating Corp. 655 West 34th Street, NYC 10001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Jeffrey Caldwell, Associate General Counsel, 50, 5'7", 170, black & light eyes

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | $0.00 |

### DECLARATION OF SERVER

State & County of N.Y.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-7-07

Signature of Server

Address of Server: c/o Dennis Richman's Services, 1500 JFK Blvd, Ste 1706, Phila, PA 19102

Lic # 870141

JONATHAN T. RIPPS  
Notary Public, State of New York  
NO. 01RI6109718  
Qualified in Rockland County  
Certificate Filed in New York County  
Commission Expires May 17, 20 08

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.