DOC #: _____
DATE FILED: 10/31/07

OCT 31 2007

U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MARTHA FEDORIW,

               Plaintiffs,

-against-

NEW YORK CONVENTION CENTER OPRATING
CORPORATION and CARL ZEISS VISION, INC.,

               Defendants.
----------------------------------------X

**STIPULATION OF DISCONTINUANCE OF ACTION AGAINST DEFENDANT NEW YORK CONVENTION CENTER OPERATING CORPORATION**

Docket No.: 07 CIV 7446 (HB)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action against Defendant NEW YORK CONVENTION CENTER OPERATING CORPORATION, be, and the same hereby is discontinued, with prejudice and without costs to either party as against the other.

[Handwritten note: While this is discontinued against NYCCOC + should be remove from my docket the Δ Carl Zeiss Vesion Inc + the case remains open. HB]

Dated: New York, New York
      October 30, 2007

The Law Offices of Edward Garfinkel
Attorneys for Defendant
New York Convention Center Operating
Corporation

By: _____
Heidi M. Weiss (HMW 7014)
110 William Street, 17th Floor
New York, New York 10038

Meyerson & O'Neill
Attorneys for Plaintiff
Martha Fedoriw

By: _____
Peter A. Greiner, Esq.
1700 Market Street   Suite 3025
Philadelphia, PA 19103

SO ORDERED: _____ 10/31/07
                  USDJ

Endorsement:

While this is discontinued against NYCCOC and should be removed from my docket the defendant Carl Zeiss Vision Inc. and its case remains open.