UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

MARTHA FEDORIW                                             Case No.: 07 CIV 7446
4134 Cambridge Court
Schnecksville, PA 18078

                              Plaintiff,

                                                            **RULE 7.1 STATEMENT**

vs.

NEW YORK CONVENTION CENTER
OPERATING CORPORATION
655 West 34th Street
New York, NY 10001
            and
CARL ZEISS VISION, INC.
13017 North Kingston Avenue
Chester, VA 23836,

                              Defendants.
-------------------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Defendant, CARL ZEISS VISION, INC., by its attorneys Biedermann, Reif, Hoenig

& Ruff, P.C., certifies that the following are corporate parents, subsidiaries, or affiliates of it which

are publically held:

        Defendant CARL ZEISS VISION, INC. has no publicly held corporate parents, subsidiaries

or affiliates.

Dated:          New York, New York
                November 26, 2007

                                        Yours, etc.,

                                        **BIEDERMANN, REIF, HOENIG & RUFF, P.C.**

                                        By: _____
                                                Peter H. Cooper
                                        **Attorneys for Defendant**
                                        CARL ZEISS VISION, INC.
                                        570 Lexington Avenue, 16th Floor
                                        New York, New York 10022
                                        Tel:  (212) 697-6555

TO:

Stavros E. Sitinas, Esq.
**WINGATE, RUSSOTTI & SHAPIRO, LLP**
Attorneys for Plaintiff
420 Lexington Avenue
Suite 2750
New York, NY 10170
(212) 986-7353

Peter A. Greiner, Esq.
**MEYERSON & O'NEILL**
Attorneys for Plaintiff
1700 Market Street
Suite 3025
Philadelphia, PA 19103
(215) 972-1376

Law Offices of Edward Garfinkel
Attorneys for Defendant
New York Convention Center Operating Corporation
110 William Street
New York, NY 10038-3901
(212) 809-8000

AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )ss:
COUNTY OF NEW YORK       )

Michelle A. Ritchie, being duly sworn deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Westchester County.

On the 26th day of November, 2007 deponent served the within **RULE 7.1 STATEMENT** upon: -

Stavros E. Sitinas, Esq.
**WINGATE, RUSSOTTI & SHAPIRO, LLP**
Attorneys for Plaintiff
420 Lexington Avenue
Suite 2750
New York, NY 10170

Peter A. Greiner, Esq.
**MEYERSON & O'NEILL**
Attorneys for Plaintiff
1700 Market Street
Suite 3025
Philadelphia, PA 19103

Law Offices of Edward Garfinkel
Attorneys for Defendant
New York Convention Center Operating Corporation
110 William Street
New York, NY 10038-3901

the address designated by said attorney by depositing same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Office within the State of New York.

_Michelle A. Ritchie_
Michelle A. Ritchie

Sworn to before me this
26th day of November, 2007

_____
Notary Public

PETER H. COOPER
Notary Public, State of New York
No. 02CO5059941
Qualified in NEW YORK County
Commission Expires MAY 6, 2010