

# BIEDERMANN, REIF, HOENIG & RUFF
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

570 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE (212) 697-6555

FACSIMILE (212) 986-3509

www.lawbhr.com

December 4, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07
```

Hon. Harold Baer, Jr.
United State Courthouse
500 Pearl Street
Chambers 2230
New York, New York 10007

> **Re:** *Martha Fedoriw v. Carl Zeiss Vision, Inc., et. al.*
> **Case No.** : 07 CIV 7446
> **Our Ref.** : 122. 15956

Dear Judge Baer,

This is a joint application for a one (1) week adjournment of the pretrial conference, currently scheduled for December 27, 2007 at 4:30 p.m., in the above-referenced matter. The reason for the request is scheduling conflicts during the week of December 24-28, 2007. The undersigned has consulted with Peter Greiner, Esq., counsel for plaintiff, and we respectfully request the conference be rescheduled to January 3, 2008.

Thank you for your consideration of this matter.

Respectfully,

Peter H. Cooper

PH/PC/

*my next conference day, let's do it then at 3:30 PM*

SO ORDERED.

Harold Baer, Jr., U.S.D.J.

Date: 12/12/07

Endorsement:

My next conference day is January 3 let's do it then at 3:30
P.M.