# MEYERSON & O'NEILL
## ATTORNEYS AT LAW
1700 MARKET STREET - SUITE 3025
PHILADELPHIA, PA 19103
(215)972-1376
FAX: (215)972-0277
Website: www.meyersonlawfirm.com

JACK MEYERSON*
email: jmeyerson@meyersonlawfirm.com

DEBORA A. O'NEILL*
email: doneill@meyersonlawfirm.com

PETER A. GREINER*
email: pgreiner@meyersonlawfirm.com

AMANDA D. SASLOW*
email: asaslow@meyersonlawfirm.com

BETHANY R. SAMUELS
email: bsamuels@meyersonlawfirm.com

*Admitted in Pennsylvania and New Jersey

January 23, 2008

**VIA FACSIMILE (212) 805-7901**

The Honorable Harold Baer, Jr.
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

RE: Fedoriw v. Carl Zeiss Vision, Inc., et al.
    07-CV-7446-HB
    Next Listed: 1/24/08 for Pre-Trial Conference

Dear Judge Bear:

We represent the plaintiff, Martha Fedoriw, in the above-captioned matter. The case was previously listed for a pretrial conference on January 3, 2008, but was adjourned due to new information regarding potential new defendants to be added to the case. The Court wished that all defendants be present for the conference and ordered an adjournment for that purpose. In the interim, we submitted a Motion to Amend the Complaint to include those potential defendants and are awaiting the Court's decision. As those parties have not yet been added, they have not been served and will not attend the pre-trial conference scheduled for tomorrow. Accordingly, we respectfully request, with the consent of Defendant Carl Zeiss Vision, that this matter be further adjourned so that the new parties may be properly added and served in advance of the next scheduled pre-trial conference date.

Thank you in advance for your consideration of this request.

Respectfully,

Peter A. Greiner

PG/kaw

cc: Heidi M. Weiss, Esq.
    Peter Cooper, Esq.

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 1/23/08

Endorsement:

The amendment to add parties is granted and the PTC is adjourned to 2/7/08 at 2:45 PM. With or without completion of service.