UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MARTHA FEDORIW                                    Civil Action No.:
4134 Cambridge Court                              1:07-CV-07446-HB
Schnecksville, PA 18078

                                Plaintiff,        **RULE 7.1 STATEMENT**

        -against-

CARL ZEISS VISION, INC.
13017 North Kingston Avenue
Chester, VA 23836

                and

REED EXHIBITION COMPANIES
383 Main Avenue
Norwalk, CT 06851

                and

MAUK DESIGN, INC.
330 Fell Street
San Francisco, CA 94102

                and

PINNACLE EXHIBITS, INC.
22400 NW Westmark Drive
Hillsboro, OR 97124

                                Defendants,

                and

NEW YORK CONVENTION CENTER
OPERATING CORPORATION
655 West 34th Street
New York, NY 10001

                                Cross-Defendant.
-------------------------------------------------------------x

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for MAUK DESIGN, INCORPORATED (a private non-

governmental party) certifies that MAUK DESIGN, INCORPORATED is privately held with no

corporate parents, affiliates and/or subsidiaries.

Dated:          March 13, 2008

                              Respectfully submitted,

                              KELLY, RODE & KELLY, LLP
                              Attorneys for Defendant
                              MAUK DESIGN, INC.
                              330 Old Country Road
                              Suite 305
                              Mineola, NY 11501
                              Our File No.: SV 100850-400


                              ERIC BETRON (EB 6855)

TO:    MEYERSON & O'NEILL
       *Admitted Pro Hac Vice*
       Office & P.O. Address
       1700 Market Street
       Suite 3025
       Philadelphia, PA 19103
       (215) 972-1376

       WINGATE, RUSSOTTI & SHAPIRO, LLP
       Attorneys for Plaintiff
       Office & P.O. Address
       420 Lexington Avenue
       Suite 2750
       New York, New York 10170
       (212) 986-7353

       BIEDERMANN, HOENIG, MASSAMILLO &
         RUFF, P.C.
       Attorneys for Defendant
       CARL ZEISS VISION, INC.
       90 Park Avenue
       New York, New York 10016
       (212) 697-6555

       REED EXHIBITION COMPANIES
       383 Main Avenue
       Norwalk, CT 06851
       PINNACLE EXHIBITS, INC.
       22400 NW Westmark Drive
       Hillsboro, OR 97124

The Law Offices of Edward
  Garfinkel
Attorneys for
NEW YORK CONVENTION CENTER
OPERATING CORPORATION
110 William Street
17th Floor
New York, New York 10038
(212) 809-8000

## CERTIFICATE OF SERVICE

       I, the undersigned counsel, hereby certify that on March 14, 2008, a true and correct copy of the foregoing Rule 7.1 Statement of Defendant Mauk Designs, Incorporated was filed electronically. Notice of this filing was also served via U.S. Mail, postage pre-paid, on the date listed below upon the following counsel of record:

TO:    MEYERSON & O'NEILL
       *Admitted Pro Hac Vice*
       Office & P.O. Address
       1700 Market Street
       Suite 3025
       Philadelphia, PA 19103
       (215) 972-1376

       WINGATE, RUSSOTTI & SHAPIRO, LLP
       Attorneys for Plaintiff
       Office & P.O. Address
       420 Lexington Avenue
       Suite 2750
       New York, New York 10170
       (212) 986-7353

       BIEDERMANN, HOENIG, MASSAMILLO &
         RUFF, P.C.
       Attorneys for Defendant
       CARL ZEISS VISION, INC.
       90 Park Avenue
       New York, New York 10016
       (212) 697-6555

       REED EXHIBITION COMPANIES
       383 Main Avenue
       Norwalk, CT 06851
       PINNACLE EXHIBITS, INC.
       22400 NW Westmark Drive
       Hillsboro, OR 97124

       The Law Offices of Edward
         Garfinkel
       Attorneys for
       NEW YORK CONVENTION CENTER
       OPERATING CORPORATION
       110 William Street
       17th Floor
       New York, New York 10038
       (212) 809-8000

                            Eric B. Betron (EB 6855)