# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARTHA FEDORIW,

                                    Plaintiff,

v.                                                    CIV. A. NO.  1:07-CV-7446 (HB)

CARL ZEISS VISION, INC., REED
EXHIBITION COMPANIES, MAUK            **FEDERAL R. CIV. PRO. 7.1**
DESIGN, INC., PINNACLE EXHIBITS, INC.  **DISCLOSURE STATEMENT**
and NEW YORK CONVENTION CENTER
OPERATING CORPORATION,

                                    Defendants.

          Pursuant to Fed. R. Civ. Pro. 7.1 and to enable Judges and Magistrate Judges of

the Court to evaluate possible disqualification or recusal, defendant Reed Elsevier, Inc.,

improperly pled as Reed Exhibition Companies ("Reed"), through its undersigned counsel, states

that Reed Elsevier, Inc. ("REI") has two publicly traded foreign parent companies, Reed Elsevier

PLC and Reed Elsevier NV.  Reed Elsevier PLC is traded on the New York Stock Exchange

under the symbol "RUK" and Reed Elsevier NV is traded on the New York Stock Exchange

under the symbol "ENL."



                              /Angelo A. Stio III
                              Angelo A. Stio III [AS 7880]
                              PEPPER HAMILTON LLP
                              A Pennsylvania LLP
                              301 Carnegie Center
                              Suite 400
                              Princeton, NJ 08543-5276
                              (609) 951-4125 (telephone)
                              (609) 452-1147 (fax)

                              Attorneys for defendant Reed Elsevier, Inc.

Dated:  March 18, 2008

#9449820 v1