UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARTHA FEDORIW                                               Case No.: 1:07 CIV 07446-HB
4134 Cambridge Court
Schnecksville, PA 18078

                                      Plaintiff,

                                                                  **ANSWER TO**
                                                                  **CROSS-CLAIMS**
        vs.

CARL ZEISS VISION, INC.
13017 North Kingston Avenue
Chester, VA 23836
        and
REED EXHIBITION COMPANIES
383 Main Avenue
Norwalk, CT 06851
        and
MAUK DESIGN, INC.
330 Fell Street
San Francisco, CA 94102
        and
PINNACLE EXHIBITS, INC.
22400 NW Westmark Drive
Hillsboro, OR 97124

                                        Defendants,

        and

NEW YORK CONVENTION CENTER
OPERATING CORPORATION
655 West 34th Street
New York, NY 10001
                                  Cross-Defendant.
-----------------------------------------------------------------X

        Defendant, CARL ZEISS VISION, INC. as and for its ANSWER to the CROSS-CLAIMS of NEW YORK CONVENTION CENTER OPERATING CORPORATION, MAUK DESIGN, INC., AND REED ELSEVIER, INC., alleges as follows:

        To the extent the allegations contained in Defendant New York Convention Center Operating Corporation, Mauk Design, Inc., and Reed Elsevier, Inc.'s respective Cross-claims are directed toward CARL

ZEISS VISION, INC., CARL ZEISS VISION, INC. denies the allegations contained in said cross-claims.

## AS AND FOR A FIRST DEFENSE

CARL ZEISS VISION, INC. incorporates by reference all Affirmative Defenses it has already asserted in this Action in its Answer to the Amended Complaint, dated March 5, 2008.

**WHEREFORE**, Defendant CARL ZEISS VISION, INC. demands judgment dismissing New York Convention Center Operating Corporation, Mauk Design, Inc., and Reed Elsevier, Inc.'s respective cross-claims, together with the costs and disbursements of this action.

Dated: New York, New York
March 21, 2008

Yours, etc.,

BIEDERMANN, REIF, HOENIG & RUFF, P.C.

By: _____
Peter H. Cooper
**Attorneys for Defendant**
CARL ZEISS VISION, INC.
570 Lexington Avenue, 16th Floor
New York, New York 10022
Tel: (212) 697-6555

TO:   Stavros E. Sitinas, Esq.
WINGATE, RUSSOTTI & SHAPIRO, LLP
**Attorneys for Plaintiff**
420 Lexington Avenue
Suite 2750
New York, NY 10170
(212) 986-7353

Peter A. Greiner, Esq.
MEYERSON & O'NEILL
**Attorneys for Plaintiff**
1700 Market Street
Suite 3025
Philadelphia, PA 19103
(215) 972-1376

Law Offices of Edward Garfinkel
Attorneys for Defendant
**New York Convention Center Operating Corporation**
110 William Street
New York, NY 10038-3901
(212) 809-8000

Eric Benton, Esq.
Kelly, Rode & Kelly, LLP
**Attorneys for Defendant**
Mauk Design, Inc.
330 Old Country Road
Suite 305
Mineola, New York 11501

Angelo Stio, III
Pepper Hamilton, LLP
**Attorneys for Defendant**
Reed Exhibition Companies
301 Carnegie Center
Suite 400
Princeton, NJ 08543-5276
(609) 951-4125

Pinnacle Exhibits, Inc.
22400 NW Westmark Drive
Hillsboro, OR 97124