```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x    07-CV-07446
MARTHA FEDORIW,

               Plaintiff,                   FEDERAL RULE 7.1
                                                STATEMENT
        v.

CARL ZEISS VISION, INC., REED EXHIBITION
COMPANIES, MAUK DESIGN, PINNACLE EXHIBITS,
INC. AND NEW YORK CONVENTION CENTER
OPERATING CORPORATION,

               Defendants.
---------------------------------------x
```

Pursuant to Federal Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Pinnacle Exhibits, Inc., certifies that the following are corporate parents, subsidiaries, or affiliates of that party: NONE.

DATED: April 4, 2008
       New York, New York

                                      Yours, Etc.

                                      HOEY, KING, TOKER & EPSTEIN
Attorneys for **Defendant**
**PINNACLE EXHIBITS, INC.**
Office and Post Office Address
55 Water Street, 29th Floor
New York, New York 10041-2899
(212) 612-4200

By: _/s/ Gregory E. Walthall_____
    Gregory E. Walthall (4904)