UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARTHA FEDORIW                                              Case No.: 1:07 CIV 07446-HB

                        Plaintiff,           **ANSWER TO**
                                                                 **CROSS-CLAIMS**

vs.

CARL ZEISS VISION, INC.,REED EXHIBITION
COMPANIES, MAUK DESIGN, INC. and
PINNACLE EXHIBITS, INC.

                        Defendants,

and

NEW YORK CONVENTION CENTER
OPERATING CORPORATION

                        Cross-Defendant.
-------------------------------------------------------------------X

      Defendant, CARL ZEISS VISION, INC. as and for its ANSWER to the CROSS-CLAIMS of PINNACLE EXHIBITS, INC., alleges as follows:

      To the extent the allegations contained in Defendant PINNACLE EXHIBITS, INC.'s cross-claims are directed toward CARL ZEISS VISION, INC., CARL ZEISS VISION, INC. denies the allegations contained in said cross-claims.

## AS AND FOR A FIRST DEFENSE

      CARL ZEISS VISION, INC. incorporates by reference all Affirmative Defenses it has already asserted in this Action in its Answer to the Amended Complaint, dated March 5, 2008.

**WHEREFORE**, Defendant CARL ZEISS VISION, INC. demands judgment dismissing PINNACLE EXHIBITS, INC.'s cross-claims, together with the costs and disbursements of this action.

Dated: New York, New York
April 21, 2008

Yours, etc.,

BIEDERMANN, REIF, HOENIG & RUFF, P.C.

By:_____
Peter H. Cooper
**Attorneys for Defendant**
CARL ZEISS VISION, INC.
570 Lexington Avenue, 16th Floor
New York, New York 10022
Tel: (212) 697-6555

TO: Stavros E. Sitinas, Esq.
WINGATE, RUSSOTTI & SHAPIRO, LLP
**Attorneys for Plaintiff**
420 Lexington Avenue
Suite 2750
New York, NY 10170
(212) 986-7353

Peter A. Greiner, Esq.
MEYERSON & O'NEILL
**Attorneys for Plaintiff**
1700 Market Street
Suite 3025
Philadelphia, PA 19103
(215) 972-1376

Law Offices of Edward Garfinkel
**Attorneys for Defendant**
New York Convention Center Operating Corporation
110 William Street
New York, NY 10038-3901
(212) 809-8000

Eric Benton, Esq.
Kelly, Rode & Kelly, LLP
**Attorneys for Defendant**
Mauk Design, Inc.
330 Old Country Road  Suite 305
Mineola, New York 11501

Angelo Stio, III
Pepper Hamilton, LLP
**Attorneys for Defendant**
Reed Exhibition Companies
301 Carnegie Center  Suite 400
Princeton, NJ 08543-5276
(609) 951-4125

Gregory Walthall, Esq.
Hoey, King, Toker & Epstein
**Attorneys for Defendant**
Pinnacle Exhibits, Inc.
55 Water Street, 29th Floor
New York, New York 10041-2899
(212) 612-4200

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss:
COUNTY OF NEW YORK   )

      Secora M. Edey-Brathwaite, being duly sworn deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Kings County.

      On the 22nd day of April ,2008, deponent served the within **ANSWER TO CROSS-CLAIMS** upon:

Stavros E. Sitinas, Esq.
WINGATE, RUSSOTTI & SHAPIRO, LLP
**Attorneys for Plaintiff**
420 Lexington Avenue, Suite 2750
New York, New York 10170

Peter A. Greiner, Esq.
MEYERSON & O'NEILL
**Attorneys for Plaintiff**
1700 Market Street, Suite 3025
Philadelphia, PA 19103

Law Offices of Edward Garfinkel
**Attorneys for Defendant**
New York Convention Center Operating Corporation
110 William Street
New York, NY 10038-3901

Eric Benton, Esq.
Kelly, Rode & Kelly, LLP
**Attorneys for Defendant**
Mauk Design, Inc.
330 Old Country Road  Suite 305
Mineola, New York 11501

Angelo Stio, III
Pepper Hamilton, LLP
**Attorneys for Defendant**
Reed Exhibition Companies
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276

Gregory Walthall, Esq.
Hoey, King, Toker & Epstein
**Attorneys for Defendant**
Pinnacle Exhibits, Inc.
55 Water Street, 29th Floor
New York, New York 10041-2899

the address designated by said attorney by depositing same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Office within the State of New York.

_____
Secora M. Edey-Brathwaite

Sworn to before me this
22 day of April, 2008

_____
Notary Public

PETER H. COOPER
Notary Public, State of New York
No. 02CO5059941
Qualified in NEW YORK County
Commission Expires MAY 6, 20 10