UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARTHA FEDORIW                                   Civil Action No.:
4134 Cambridge Court                             1:07-CV-07446-HB
Schnecksville, PA 18078

                              Plaintiff,                    **RULE 26(a)(1) DISCLOSURE**

   -against-

CARL ZEISS VISION, INC.
13017 North Kingston Avenue
Chester, VA 23836
    and
REED EXHIBITION COMPANIES
383 Main Avenue
Norwalk, CT 06851
    and
MAUK DESIGN, INC.
330 Fell Street
San Francisco, CA 94102
    and
PINNACLE EXHIBITS, INC.
22400 NW Westmark Drive
Hillsboro, OR 97124

                              Defendants,
    and
NEW YORK CONVENTION CENTER
OPERATING CORPORATION
655 West 34th Street
New York, NY 10001

                              Cross-Defendant.
-------------------------------------------------------------------X

      Defendant, MAUK DESIGN, INC., respectfully submits the following initial disclosures of information reasonably available as of this date pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**A.**     **Individuals Likely to Have Discoverable Information:**

      The following individuals are likely to have discoverable information that Mauk Design,

Incorporated may use to support its claims or defenses:

    1.    Mitchell Mauk, President
          330 Fell Street
          San Francisco, CA 94102

Mitchell Mauk is President and sole shareholder of Mauk Design, Inc. and is likely to have discoverable information regarding the design of the Carl Zeiss Vision trade show exhibit.

    2.    Lawrence Raines, Former Senior Designer at Mauk Design, Inc.
          Last Know Address: 441 Vasser Avenue
          Berkley, CA 94708

Lawrence Raines is a former Senior Designer who is likely to have discoverable information regarding the design of the Carl Zeiss Vision trade show exhibit.

**B.**    **Documents in Defendant's Possession, Custody or Control**

Defendant, MAUK DESIGN, INC., may use the following documents within its possession, custody or control to support their claims or defenses:

    1.    Estimate/Proposal between Sola/Carl Zeiss Vision and Mauk Design, Inc. (Exhibit "A")

    2.    Defendant, Mauk Design, Inc. is in possession of photographs, preliminary and secondary design concepts, and computer generated models of the exhibit all of which are electronically stored. These photos and images will be provided.

**C.**    **Damages**

Other than costs, reasonable attorneys' fees and such other relief as the Court deems just and proper, defendant, MAUK DESIGN, INC. is not seeking monetary damages from plaintiff.

**D.**    **Insurance Information**

Defendant, MAUK DESIGN, INC. is insured by State Farm Fire and Casualty Company with limits of $1,000,000 per occurrence under Policy No. 97-63-1046-0 during the applicable policy period of April 4, 2005 through April 4, 2006. The insurance policies are in the possession of State Farm Fire and Casualty Insurance Company in California and will be available for inspection and copying to all parties upon request.

Defendant, MAUK DESIGN, INC., reserves the right to amend these initial disclosures as further information becomes available.

Dated: Mineola, New York
June 5, 2008

> Respectfully submitted,
>
> KELLY, RODE & KELLY, LLP
> Attorneys for Defendant
> MITCHELL & COMPANY, INC.
> 330 Old Country Road, Suite 305
> Mineola, New York 11501
>
> *Eric B. Betron*
> **ERIC B. BETRON (6855)**

TO: MEYERSON & O'NEILL
*Admitted Pro Hac Vice*
Office & P.O. Address
1700 Market Street, Suite 3025
Philadelphia, PA 19103
(215) 972-1376

WINGATE, RUSSOTTI & SHAPIRO, LLP
Attorneys for Plaintiff
Office & P.O. Address
420 Lexington Avenue, Suite 2750
New York, New York 10170
(212) 986-7353

BIEDERMANN, HOENIG, MASSAMILLLO &
 RUFF, P.C.
Attorneys for Defendant
CARL ZEISS VISION, INC.
570 Lexington Avenue, 16th Floor
New York, New York 10022
(212) 697-6555

LAW OFFICES OF EDWARD GARFINKEL
Attorneys for Defendant
NEW YORK CONVENTION CENTER OPERATING
CORPORATION
110 William Street
New York, New York 10038-3901
(212) 809-8000

PEPPER HAMILTON, LLP
Attorneys for Defendant
REED EXHIBITION COMPANIES
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
(609) 951-4125

HOEY, KING, TOKER & EPSTEIN
Attorneys for Defendant
PINNACLE EXHIBITS, INC.
55 Water Street, 28th Floor
New York, New York 10041
(212) 612-4478

## CERTIFICATE OF SERVICE

    I hereby certify that on June 5, 2008, I served a true copy of the annexed RULE 26(a)(1) DISCLOSURE by mailing same in a sealed envelope, by first class mail with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, and via electronic filing, addressed to the last known address of the addressee(s) as indicated below:

**Peter Greiner**
MEYERSON & O'NEILL
1700 Market Street, Suite 3025
Philadelphia, PA 19103
Email: pgreiner@meyersonlawfirm.com

**Stavros E. Sitinas**
WINGATE, RUSSOTTI & SHAPIRO, LLP
420 Lexington Avenue, Suite 2750
New York, New York 10170
Email: ssitinas@wrslaw.com

**Peter Hans Cooper**
BIEDERMANN, HOENIG,
MASSAMILLLO & RUFF, P.C.
570 Lexington Avenue, 16th Floor
New York, New York 10022
Email: pcooper@brhr.com

**Heidi M. Weiss**
LAW OFFICES OF EDWARD GARFINKEL
110 William Street
New York, New York 10038-3901
Email: heidi.weiss@aig.com

**Angelo Anthony Stio, III**
PEPPER HAMILTON, LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
Email: stioa@pepperlaw.com

**Gregory Edward Walthall**
HOEY, KING, TOKER & EPSTEIN
55 Water Street, 28th Floor
New York, New York 10041
Email: gwalthall@hoeyking.com

_____
**ERIC B. BETRON (6855)**
