**ESTIMATE/PROPOSAL #974**

| | |
|---|---|
| Client: | Sola/Carl Zeiss Vision |
| | 2277 Pine View Way |
| | P.O. Box 6006 |
| | Petaluma, CA 94955-6006 |
| Date: | 10/10/05 |
| Client Contact: | Alice Swinton |

Client hereby employs Mauk Design to perform the following services: New design of a 40' x 50' trade show exhibit for Sola Optical for a Vision East in New York on March 31, 2006. Exhibit is to introduce the new brand identity of Carl Zeiss Vision while maintaining each company's distinct product lines. Exhibit may include conference rooms, literature desks, signage, product feature areas and storage. Exhibit will be designed around modular components that can be used in a variety of smaller spaces (20' x 20', 30' x 30', 20' x 50' etc). Design will allow switching out of future vision products with a minimum of change. Lab equipment may be added at later date.

This project consists of new exhibit design concepts, design intent drawings and graphics artwork. Not included are duratrans images in the exhibit which will be produced by Carl Zeiss Vision. Design will be presented in computer renderings, rough models, material and color board, and samples.

**Design & Production Fees**

**Phase I: Exhibit Design**

| | |
|---|---:|
| Estimated Design Phase | $52,000 |
| Estimated Out of Pocket Expenses | $4,500 |

**Phase II: Fabrication Supervision**

| | |
|---|---:|
| Estimated Fabrication Supervision Fee | $14,000 |
| Estimated Out of Pocket Expenses | $700 |
| Estimated Travel Expenses | $3,500 |

**Total Fees**     $74,700

Please note that the above fees are for design consultation and services only, based on our understanding of your current requirements and parameters. These fees include estimates of out of pockets costs for outside suppliers, such as: special materials, deliveries, shipping charges, toll calls, faxes, net access, etc. These fees do not include Exhibit fabrication, applied surface graphics, furnishings, drayage, installation, teardown, sales tax or photography.

**Advance Payment**

An advance payment of 50% of Phase I and II is required, prior to starting the program. This proposal is subject to revision after 30 days.

If the foregoing description of objectives and tasks accurately reflect your exhibit design requirements, and if the terms and fees are acceptable to Sola/Carl Zeiss Vision please sign and return the attached copy of this proposal, which shall then serve as a contract for the work described herein. It should be accompanied by the 50% advance and followed by a formal company purchase order.

_____

For Sola/Carl Zeiss Vision                                    Date

_____

For Mauk Design                                                Date

# TERMS AND AGREEMENTS

1. We require 50% of our estimates, prior to the start of our program. For this project, $37,350 will be invoiced upon agreement to proceed. We will invoice this upon agreement to proceed. These estimates are subject to revision after 10 days.

2. These fees are estimates only based on our understanding of the project. Out of pockets expenses are estimates only. Actual costs will be charged. If the scope of the project changes for any reason, a revised estimate will be submitted for client approval.

3. Material plus expenses will be billed at cost plus 25%. Travel expenses will be billed at cost. Mauk Design studio rate is $230.00/hr. for principal and $160.00/hr. for senior designer, project Designer $130/hr. and $120.00/hr. for modelmakers.

4. We will make every effort to maintain the strictest confidence concerning client information.

5. Payment is due 15 days from invoice date.

6. Mauk Design and any other creators will receive a credit line with any usage to the extent such credit lines are in accordance with the customary practice in our industry.

7. Any final design developed by Mauk Design and approved by the client becomes the sole property of that client. All other designs developed during the project remain the property of Mauk Design as is customary in our profession. All computer documents remain the property of Mauk Design

8. These estimates do not include printing, fabrication, sales tax, deliveries, phone calls, mileage, freight or photography.

9. Timeframes are dependent upon timely arrival of materials provided by client.