UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTHA FEDORIW,<br><br>                            Plaintiff,<br><br>v.<br><br>CARL ZEISS VISION, INC., REED EXHIBITION COMPANIES, MAUK DESIGN, INC., PINNACLE EXHIBITS, INC. and NEW YORK CONVENTION CENTER OPERATING CORPORATION,<br><br>                            Defendants. | CIV. A. NO. 1:07-CV-7446 (HB) |

## DEFENDANT REED ELSEVIER, INC.'S ANSWER TO CROSS-CLAIMS

Defendant Reed Elsevier, Inc. (improperly pled as Reed Exhibition Companies) (hereinafter "Reed"), as and for its answer to the cross-claims of Carl Zeiss Vision, Inc., Mauk Design, Inc., and Pinnacle Exhibits, Inc., alleges as follows:

Reed denies the cross-claims directed to Reed in Carl Zeiss Vision, Inc., Mauk Design, Inc., and Pinnacle Exhibits, Inc.'s respective cross-claims.

## AS AND FOR A FIRST DEFENSE

1.      Reed incorporates by reference all affirmative defenses it has already asserted in its Answer to the Amended Complaint.

#9854622 v1

-2-

**WHEREFORE**, Defendant Reed Elsevier, Inc. demands judgment dismissing Carl Zeiss Vision, Inc., Mauk Design, Inc. and Pinnacle Exhibits, Inc.'s cross-claims directed to Reed Elsevier, Inc., together with any other relief as this Court may deem just and proper.

/s/Angelo A. Stio III
Angelo A. Stio III (AS 7880)
PEPPER HAMILTON LLP
A Pennsylvania LLP
301 Carnegie Center
Suite 400
Princeton, NJ 08543-5276
(609) 951-4125 (telephone)
(609) 452-1147 (fax)

Attorneys for defendant Reed Elsevier, Inc.

Dated: July 17, 2008

TO: Peter A. Greiner, Esq.
MEYERSON & O'NEILL
*Admitted Pro Hac Vice*
Attorneys for Plaintiff
Office & P.O. Address
1700 Market Street
Suite 3025
Philadelphia, PA 19103
 (215) 972-1376

Stavros E. Sitinas, Esq.
WINGATE, RUSSOTTI & SHAPIRO, LLP
Attorneys for Plaintiff
Office & P.O. Address
420 Lexington Avenue
Suite 2750
New York, New York 10170
 (212) 986-7353

#9854622 v1

-3-

Peter H. Cooper, Esq.
BIEDERMANN, HOENIG, MASSAMILLO & RUFF, P.C.
Attorneys for Defendant
CARL ZEISS VISION, INC.
570 Lexington Avenue, 16th Floor
New York, New York 10016
  (212) 697-6555

Gregory T. Walthall, Esquire
HOEY, KING, TOKER & EPSTEIN
Attorneys for Defendant
PINNACLE EXHIBITS, INC.
55 Water Street, 29th Floor
New York, NY  10041

Heidi M. Weiss, Esquire
LAW OFFICES OF EDWARD GARFINKEL
Attorneys for Defendant
NEW YORK CONVENTION CENTER OPERATING CORP.
110 William Street
17th Floor
New York, New York 10038
  (212) 809-8000

Eric Betron, Esq.
KELLY, RODE & KELLY, LLP
Attorneys for Defendant
MAUK DESIGN, INC.
330 Old Country Road
Suite 305
Mineola, NY 11501

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, the foregoing Defendant Reed Elsevier, Inc.'s Answer to Cross-Claims was filed via CM / ECF and first class mail, which will provide notification of filing to the following counsel:

Peter A. Greiner, Esquire
MEYERSON & O'NEILL
1700 Market Street
Suite 3025
Philadelphia, PA 19103

Stavros E. Sitinas, Esquire
WINGATE, RUSSOTTI & SHAPIRO, LLP
420 Lexington Avenue
Suite 2750
New York, New York 10170

Peter H. Cooper, Esquire
BIEDERMANN, HOENIG, MASSAMILLO & RUFF, P.C.
570 Lexington Avenue, 16th Floor
New York, New York 10016

Gregory T. Walthall, Esquire
HOEY, KING, TOKER & EPSTEIN
55 Water Street, 29th Floor
New York, NY  10041

Heidi M. Weiss, Esquire
LAW OFFICES OF EDWARD GARFINKEL
110 William Street, 17th Floor
New York, New York 10038

Eric B. Betron, Esquire
KELLY, RODE & KELLY, LLP
330 Old Country Road, Suite 305
Mineola, NY 11501

    /s/Angelo A. Stio III
Angelo A. Stio III (AS 7880)

#9854622 v1