UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTHA FEDORIW,<br><br>                                Plaintiff,<br><br>v.<br><br>CARL ZEISS VISION, INC., REED EXHIBITION COMPANIES, MAUK DESIGN, INC., PINNACLE EXHIBITS, INC. and NEW YORK CONVENTION CENTER OPERATING CORPORATION,<br><br>                                Defendants. | CIV. A. NO. 1:07-CV-7446 (HB)<br><br>NOTICE OF MOTION OF DEFENDANT REED ELSEVIER, INC. FOR LEAVE TO AMEND ITS ANSWER AND CROSS-CLAIMS |

**PLEASE TAKE NOTICE** that upon the Affidavit of Angelo A. Stio III, dated July 29, 2008, the exhibits annexed thereto, and the accompanying Memorandum of Law, attorneys for defendant Reed Elsevier, Inc. (improperly pled as Reed Exhibition Companies) (hereinafter "Reed") shall move this Court before the Honorable Harold Baer, Jr., United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order for leave to amend its Answer and Cross-Claims pursuant to Federal Rule of Civil Procedure 15(a). Reed does not request oral argument, and under this Court's individual practices, a date and time for a hearing, if any, are not set at this time.

#9864936 v1

-2-

**PURSUANT** to Local Rule 6.1(b), opposition papers shall be served on or before August 12, 2008 and reply papers shall be served on or before August 19, 2008.

Dated: Princeton, New Jersey
       July 29, 2008

Respectfully submitted,

/s/ Angelo A. Stio
Angelo A. Stio III (AS 7880)
PEPPER HAMILTON LLP
A Pennsylvania LLP
301 Carnegie Center
Suite 400
Princeton, NJ 08543-5276
(609) 951-4125 (telephone)
(609) 452-1147 (fax)

Attorneys for Defendant Reed Elsevier, Inc.

#9864936 v1