UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTHA FEDORIW,<br><br>                                      Plaintiff,<br><br>v.<br><br>CARL ZEISS VISION, INC., REED EXHIBITION COMPANIES, MAUK DESIGN, INC., PINNACLE EXHIBITS, INC. and NEW YORK CONVENTION CENTER OPERATING CORPORATION,<br><br>                                     Defendants. | CIV. A. NO. 1:07-CV-7446 (HB) |

**<u>ORDER</u>**

        IT IS HEREBY ORDERED, this ___ day of _____, 2008, upon consideration of the Motion of Defendant Reed Elsevier, Inc. For Leave to Amend its Answer and Cross-Claims, and upon consideration of any responses to such Motion, that the Motion is GRANTED, and Reed Elsevier, Inc. is permitted to file an Amended Answer and Cross-Claims within five (5) business days of the date of this Order.

 

                                                            Honorable Harold Baer, Jr., U.S.D.J.