## CERTIFICATE OF SERVICE

       I hereby certify that on July 29, 2008, the foregoing Defendant Reed Elsevier, Inc.'s Motion to Amend Its Answer and Cross-Claims was filed via CM / ECF and first class mail, which will provide notification of filing to the following counsel:

Peter A. Greiner, Esquire
MEYERSON & O'NEILL
1700 Market Street
Suite 3025
Philadelphia, PA 19103

Stavros E. Sitinas, Esquire
WINGATE, RUSSOTTI & SHAPIRO, LLP
420 Lexington Avenue
Suite 2750
New York, New York 10170

Peter H. Cooper, Esquire
BIEDERMANN, HOENIG, MASSAMILLO & RUFF, P.C.
570 Lexington Avenue, 16th Floor
New York, New York 10016

Gregory T. Walthall, Esquire
HOEY, KING, TOKER & EPSTEIN
55 Water Street, 29th Floor
New York, NY  10041

Heidi M. Weiss, Esquire
LAW OFFICES OF EDWARD GARFINKEL
110 William Street, 17th Floor
New York, New York 10038

Eric B. Betron, Esquire
KELLY, RODE & KELLY, LLP
330 Old Country Road, Suite 305
Mineola, NY 11501

                                        /s/Angelo A. Stio III
                                        Angelo A. Stio III (AS 7880)

#9895091 v1