EXHIBIT D

ELECTRONICALLY FILED

DOC #: _____

DATE FILED: _____

**MEYERSON & O'NEILL**

ATTORNEYS AT LAW

1700 MARKET STREET - SUITE 3025
PHILADELPHIA, PA 19103
(215)972-1376
FAX: (215)972-0277
Website: www.meyersonlawfirm.com

JACK MEYERSON*
email: jmeyerson@meyersonlawfirm.com

DEBORA A. O'NEILL*
email: doneill@meyersonlawfirm.com

PETER A. GREINER*
email: pgreiner@meyersonlawfirm.com

EMILY MIRSKY*
email: emirsky@meyersonlawfirm.com

BETHANY SAMUELS*
email: bsamuels@meyersonlawfirm.com

GABRIEL R. DEADWYLER*
email: gdeadwyler@meyersonlawfirm.com

*Admitted in Pennsylvania and New Jersey

June 20, 2008

VIA FACSIMILE: (212) 805-7901

The Honorable Harold Baer, Jr.
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

> RE:   Fedoriw v. Carl Zeiss Vision, Inc., et al.
>       07-CV-7446

Dear Judge Bear:

This office represents the plaintiff Martha Fedoriw in the instant matter. With the consent of all counsel In this matter, I am contacting you to respectfully request a sixty (60) day extension of the deadlines set in the pretrial scheduling order, as the parties agree that we require a bit more time to complete discovery.

As it stands, the discovery deadline in this matter Is set for July 7, 2008. Unfortunately, due to the numerous defendants, their disparate locations across the country, and the logistics of scheduling depositions for every defendant and their counsel, we will be unable to complete the depositions before the discovery deadline. The depositions of Plaintiff and her husband are set for next Wednesday, June 25, 2008, and we have been able to schedule the necessary depositions of all of the defendants' corporate representatives by the middle of August. Thus, if the discovery deadline is moved back 60 days to September 8, 2008, the parties will be able to complete the depositions and any follow-up discovery before the new deadline. Accordingly, if the discovery deadline is moved back, then all of the other pre-trial deadlines will need to be moved back, as well.

June 20, 2008
Page 2


We and counsel for the Defendants are available at the Court's convenience to discuss this matter by telephone. Thank you for your consideration of this request.

Respectfully,

Peter A. Greiner

PG/kaw

cc:    All counsel on attached service listing (via e-mail)

*[Handwritten note:]* This a November trial that cannot change + keep in mind I need the 6 today's on any for a decision on dispositive motions) to you can descend my 2 weeks before trial. If you need more to understand this call Chambers this time.

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

6/25/08

Endorsement:

    This is a November trial and that cannot change - keeping that in mind and the 60 days I need for a decision on any dispostive motion, you can discover up to 2 weeks before trial. If you need more to understand this call Chambers any time.