UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTHA FEDORIW,<br><br>                        Plaintiff,<br><br>v.<br><br>CARL ZEISS VISION, INC., REED EXHIBITION COMPANIES, MAUK DESIGN, INC., PINNACLE EXHIBITS, INC. and NEW YORK CONVENTION CENTER OPERATING CORPORATION,<br><br>                        Defendants. | CIV. A. NO. 1:07-CV-7446 (HB)<br><br>NOTICE OF MOTION FOR ADMISSION OF ERIC J. GOLDBERG *PRO HAC VICE* |

PLEASE TAKE NOTICE that upon the accompanying Affidavit of Angelo A. Stio III, Esquire, executed on August 5, 2008, and the exhibits annexed thereto, Defendant Reed Elsevier, Inc. ("Reed") will move this Court, before the Honorable Harold Baer, Jr., United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on such date and at such time to be set by the Court, for an Order granting Eric J. Goldberg admission to this Court to argue and try the above-captioned action, in whole or in part, on behalf of Reed, pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York.

Dated: Princeton, New Jersey
       August 5, 2008

Respectfully submitted,

_/s/_

Angelo A. Stio III (AS 7880)
PEPPER HAMILTON LLP
A Pennsylvania LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
(609) 951-4125 (telephone)
(609) 452-1147 (fax)

Attorneys for Defendant Reed Elsevier, Inc.

#9865650 v1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTHA FEDORIW,<br><br>                            Plaintiff,<br><br>v.<br><br>CARL ZEISS VISION, INC., REED EXHIBITION COMPANIES, MAUK DESIGN, INC., PINNACLE EXHIBITS, INC. and NEW YORK CONVENTION CENTER OPERATING CORPORATION,<br><br>                            Defendants. | CIV. A. NO.  1:07-CV-7446 (HB)<br><br>**MOTION FOR ADMISSION OF<br>ERIC J. GOLDBERG** *PRO HAC VICE* |

Pursuant to Local Rule 1.3(c), I, Angelo A. Stio III, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

>   Eric J. Goldberg
>   Pepper Hamilton LLP
>   Suite 400
>   301 Carnegie Center
>   Princeton, NJ  08543-5276
>   609.452.0808
>   goldberge@pepperlaw.com

#9865650 v1

Eric J. Goldberg is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the Bar of the State of New Jersey. There are no pending disciplinary proceedings against Eric J. Goldberg in any State or Federal Court.

Dated: Princeton, New Jersey
       August 5, 2008

Respectfully submitted,

_____
Angelo A. Stio III (AS 7880)
PEPPER HAMILTON LLP
A Pennsylvania LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
(609) 951-4125 (telephone)
(609) 452-1147 (fax)

Attorneys for Defendant Reed Elsevier, Inc.

#9865650 v1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTHA FEDORIW,<br><br>         Plaintiff,<br><br>v.<br><br>CARL ZEISS VISION, INC., REED EXHIBITION COMPANIES, MAUK DESIGN, INC., PINNACLE EXHIBITS, INC. and NEW YORK CONVENTION CENTER OPERATING CORPORATION,<br><br>         Defendants. | CIV. A. NO. 1:07-CV-7446 (HB)<br><br>AFFIDAVIT IN SUPPORT OF NOTICE OF MOTION FOR ADMISSION OF ERIC J. GOLDBERG *PRO HAC VICE* |

Angelo A. Stio III, Esquire, being duly sworn, deposes and says:

1. I am a member of the bar of this Court and a partner at Pepper Hamilton LLP, counsel for Defendant Reed Elsevier, Inc. ("Reed") in this action. I submit this affidavit in support of Reed's application for an order granting Eric J. Goldberg *pro hac vice* admission to this Court to argue and try the above-captioned action, in whole or in part, on behalf of Reed, pursuant to Local Civil Rule 1.3(c).

2. Eric J. Goldberg is an associate at Pepper Hamilton LLP. He is admitted to practice before the courts of Pennsylvania and New Jersey. He has been and is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the Bar of the State of New Jersey. His Certificate of Good Standing in the Bar of the Commonwealth of Pennsylvania is annexed hereto as Exhibit A. His Certificate of Good Standing in the Bar of the State of New Jersey is annexed hereto as Exhibit B.

3. Pursuant to Local Civil Rule 1.3(c), I request that Eric J. Goldberg be permitted to argue and try the above-captioned case.

4. Attached as Exhibit C is a proposed Order granting this motion.

#9865650 v1

-2-

5. There has been no prior application in this case for the *pro hac vice* admission of Eric J. Goldberg.

WHEREFORE, it is respectfully requested that this Court grant Eric J. Goldberg *pro hac vice* admission to the bar of this Court for the purpose of arguing and trying this case.

Sworn to before me this
____ day of August, 2008.

_____
Notary Public

PATRICIA A. HOLLERBACH
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES JULY 11, 2010

_____
Angelo A. Stio III (AS 7880)
PEPPER HAMILTON LLP
A Pennsylvania LLP
301 Carnegie Center
Suite 400
Princeton, NJ 08543-5276
(609) 951-4125 (telephone)
(609) 452-1147 (fax)

Attorneys for Defendant Reed Elsevier, Inc.

#9865650 v1



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Eric Jay Goldberg, Esq.*

### DATE OF ADMISSION

*December 2, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: July 25, 2008

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ERIC JAY GOLDBERG** (No. **042072006**) was constituted and appointed an Attorney at Law of New Jersey on **February 21, 2008** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **24TH** day of **July**, 20 **08**

*Clerk of the Supreme Court*

-453a-

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTHA FEDORIW,<br><br>                    Plaintiff,<br><br>v.<br><br>CARL ZEISS VISION, INC., REED EXHIBITION COMPANIES, MAUK DESIGN, INC., PINNACLE EXHIBITS, INC. and NEW YORK CONVENTION CENTER OPERATING CORPORATION,<br><br>                    Defendants. | CIV. A. NO. 1:07-CV-7446 (HB)<br><br>ORDER FOR ADMISSION OF<br>ERIC J. GOLDBERG *PRO HAC VICE* |

IT IS HEREBY ORDERED, this ___ day of _____, 2008, upon the motion of Defendant Reed Elsevier, Inc. ("Reed") for an Order pursuant to Local Civil Rule 1.3(c) granting *pro hac vice* admission to Eric J. Goldberg in connection with the above-captioned case, and upon consideration of the motion and the affidavit in support thereof, it is ORDERED that

> Eric J. Goldberg
> Pepper Hamilton LLP
> Suite 400
> 301 Carnegie Center
> Princeton, NJ 08543-5276
> 609.452.0808
> goldberge@pepperlaw.com

is granted *pro hac vice* admission to the bar of this Court for the purpose of participating in, arguing and trying this action on behalf of Defendant Reed Elsevier, Inc. ("Reed"). If counsel does not already have an ECF password, he shall promptly apply for one at nysd.uscourts.gov.

Dated: New York, New York
            _____, 2008

                                                                _____
                                                                Harold Baer, Jr.
                                                                United States District Judge

#9865650 v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2008, the foregoing Notice of Motion for Admission of Eric J. Goldberg *Pro Hac Vice*, Motion, supporting Affidavit, and proposed Order were served upon the following counsel via First Class U.S. Mail:

Peter A. Greiner, Esquire
MEYERSON & O'NEILL
1700 Market Street
Suite 3025
Philadelphia, PA 19103

Stavros E. Sitinas, Esquire
WINGATE, RUSSOTTI & SHAPIRO, LLP
420 Lexington Avenue
Suite 2750
New York, New York 10170

Peter H. Cooper, Esquire
BIEDERMANN, HOENIG, MASSAMILLO & RUFF, P.C.
570 Lexington Avenue, 16th Floor
New York, New York 10016

Gregory T. Walthall, Esquire
HOEY, KING, TOKER & EPSTEIN
55 Water Street, 29th Floor
New York, NY 10041

Heidi M. Weiss, Esquire
LAW OFFICES OF EDWARD GARFINKEL
110 William Street, 17th Floor
New York, New York 10038

Eric B. Betron, Esquire
KELLY, RODE & KELLY, LLP
330 Old Country Road, Suite 305
Mineola, NY 11501

_____
Angelo A. Stio (AS 7880)

#9865650 v1