UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

MARTHA FEDORIW,

                  Plaintiff,

v.

CARL ZEISS VISION, INC., REED
EXHIBITION COMPANIES, MAUK
DESIGN, INC., PINNACLE EXHIBITS, INC.
and NEW YORK CONVENTION CENTER
OPERATING CORPORATION,

                  Defendants.

CIV. A. NO. 1:07-CV-7446 (HB)

ORDER FOR ADMISSION OF
ERIC J. GOLDBERG *PRO HAC VICE*

IT IS HEREBY ORDERED, this 13th day of August, 2008, upon the motion of Defendant Reed Elsevier, Inc. ("Reed") for an Order pursuant to Local Civil Rule 1.3(c) granting *pro hac vice* admission to Eric J. Goldberg in connection with the above-captioned case, and upon consideration of the motion and the affidavit in support thereof, it is

ORDERED that

        Eric J. Goldberg
        Pepper Hamilton LLP
        Suite 400
        301 Carnegie Center
        Princeton, NJ 08543-5276
        609.452.0808
        goldberge@pepperlaw.com

is granted *pro hac vice* admission to the bar of this Court for the purpose of participating in, arguing and trying this action on behalf of Defendant Reed Elsevier, Inc. ("Reed"). If counsel does not already have an ECF password, he shall promptly apply for one at nysd.uscourts.gov.

The Clerk is instructed to close this motion.

Dated: New York, New York
       August 13, 2008

                                            _____
                                            Harold Baer, Jr.
                                            United States District Judge

#9865650 v1